# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LENDLEASE (US) CONSTRUCTION, INC.

PLAINTIFF(S)

v.

ZURICH AMERICAN INSURANCE COMPANY

DEFENDANT(S).

CASE NUMBER:

2:20−cv−01249−JAK−JC

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | / | Doc. No. | / | Title of Document |
|---|---|---|---|---|
| 02/12/2020 | / | 12, 13, 14 | / | Notice of and Motion to Seal |
| __ | / | __ | / | __ |

Other:
Failure to comply with L.R. 79−5 and the Court's Standing Order.

Dated: February 13, 2020

By: /s/ *John A. Kronstadt*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)