1  Jeremiah M. Welch (State Bar No. 180370)
   jmw@sdvlaw.com
2  Cheryl L. Kozdrey (State Bar No. 323308)
3  clk@sdvlaw.com
   SAXE DOERNBERGER & VITA PC
4  Two Better World Circle, Suite 200
   Temecula, CA  92590
5  Ph: (951) 365-3145; Fax: (203) 287-8847

6
   Attorneys for Plaintiff, Lendlease (US) Construction, Inc.
7
   DYKEMA GOSSETT LLP
8  Cory L. Webster (State Bar No. 274404)
9  CWebster@dykema.com
   333 S. Grand Avenue, Suite 2100
10 Los Angeles, CA 90071
   Ph: (213) 457-1800; Fax: (213) 457-1850
11 Joanne Zimolzak (*pro hac vice*)
12 JZimolzak@dykema.com
   Jason Reichlyn (*pro hac vice*)
13 JReichlyn@dykema.com
   1301 K. Street N.W., Suite 1100 West
14 Washington, D.C. 2005
15 Ph: (202) 906-8600; Fax: (855) 230-2363

16 Attorneys for Defendant, Zurich American Insurance Company

17                    **UNITED STATES DISTRICT COURT**
18
                **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
19

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., | Case No.: 2:20-cv-01249-JAK-JC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL** |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

27     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lendlease (US)
28 Construction, Inc. and Defendant Zurich American Insurance Company by and through their

---

JOINT STIPULATOIN OF DISMISSAL

1  undersigned counsels, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-
2  captioned action is hereby dismissed in its entirety without prejudice.  Each party shall bear their own
3  costs and attorney fees.
4
5  Dated: June 23, 2020                                        SAXE DOERNBERGER & VITA, P.C.
6
7                                                                              ____/s/ Jeremiah M. Welch____
                                                                               Jeremiah M. Welch
8                                                                              Cheryl L. Kozdrey,
                                                                               Attorneys for Plaintiff,
9                                                                              Lendlease (US) Construction Inc.
10
11
12  Dated: June 23, 2020                                        DYKEMA GOSSETT LLP
13
14                                                                            _____/s/ Joanne Zimolzak_____
15                                                                            Joanne Zimolzak
                                                                              Jason Reichlyn
16                                                                            Cory L. Webster
                                                                              Attorneys for Defendant,
17                                                                            Zurich American Insurance Company
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATOIN OF DISMISSAL

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2020, I will electronically file the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Dykema Gossett LLP**
Cory L. Webster
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Tel: (213) 457-1800
Facsimile: (213) 457-1850
Joanne Zimolzak
Jason Reichlyn
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Tel: (202) 906-8600
Facsimile: (855) 230-2363
cwebster@dykema.com
jzimolzak@dykema.com
jreichlyn@dykema.com
*Attorneys for Zurich American Insurance Company*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 23, 2020.

                                                                                              _____/s/_____
Jeremiah M. Welch, Esq.
California Bar No.
Attorney for Plaintiff Lendlease (US) Construction Inc.
2 Better World Circle, Suite 200
Temecula, CA  92590
Phone: (951) 365-3145
jmw@sdvlaw.com